**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **EDWIN CRABTREE, individually and on** | § | |
| **behalf of all others similarly situated,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:20-CV-227-DC** |
| | § | |
| **FASKEN OIL AND RANCH, LTD.,** | § | |
| *Defendant.* | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE

BEFORE THE COURT is the unopposed Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice filed by Plaintiff Edwin Crabtree. (Doc. 24). The Motion represents that the parties have reached a settlement of the instant Fair Labor Standards Act (FLSA) suit and requests that the Court approve the settlement agreement. *See generally id.*

The Court has reviewed the settlement agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims. (*See generally* Doc. 24-1).

It is therefore **ORDERED** that the Motion is **GRANTED**, and the settlement agreement is **APPROVED**. (Doc. 24, 24-1).

It is further **ORDERED** that the parties implement and complete the notice process described in the settlement agreement.

It is further **ORDERED** that this case be **DISMISSED WITH PREJUDICE**. Except as otherwise provided by the terms of the settlement agreement, fees and costs are to be borne by the party incurring them.

It is finally **ORDERED** that the Clerk of Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 17th day of May, 2021.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE